UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>　　Patrick W Poe<br>　　Earnestine D Poe<br>　　　　　Debtor(s) | Case No. 11 B 47003 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/20/2011.

2) The plan was confirmed on 06/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/09/2014.

5) The case was Converted on 10/15/2014.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,443.86 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$19,443.86** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,281.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $834.92 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,115.92** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Inc | Secured | 724.46 | 724.46 | 724.46 | 508.46 | 31.57 |
| Aaron's Inc | Unsecured | 237.64 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 707.81 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,104.00 | 4,416.55 | 4,416.55 | 0.00 | 0.00 |
| B-Line LLC | Unsecured | 522.40 | NA | NA | 0.00 | 0.00 |
| Caliber Home Loans Inc | Secured | 172,143.70 | 15,443.48 | 15,443.48 | 15,443.48 | 0.00 |
| Caliber Home Loans Inc | Secured | 172,143.70 | 131,414.37 | 131,414.37 | 0.00 | 0.00 |
| CashNet USA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 344.73 | 509.50 | 344.73 | 280.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 498.89 | 164.77 | 164.77 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 560.00 | 827.80 | 827.80 | 0.00 | 0.00 |
| Comprehensive Pain Care | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 332.16 | 1,092.10 | 1,092.10 | 0.00 | 0.00 |
| HFC | Unsecured | 8,882.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 743.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 786.20 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 786.20 | 759.66 | 759.66 | 64.43 | 0.00 |
| Internal Revenue Service | Unsecured | 25,442.59 | 26,495.32 | 26,495.32 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 13,130.00 | 11,646.86 | 11,646.86 | 0.00 | 0.00 |
| LCA Collections | Unsecured | 27.06 | NA | NA | 0.00 | 0.00 |
| Metrosouth Medical Center | Unsecured | 3,163.45 | 1,317.25 | 1,317.25 | 0.00 | 0.00 |
| MidAmerica Cardiovascular Consultants | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwestern Medical Faculty | Unsecured | 21.90 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 209.38 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| Orange Lake Country Club | Unsecured | 14,000.00 | 755.22 | 755.22 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | NA | 758.56 | 758.56 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 416.00 | 416.12 | 416.12 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 483.00 | 483.92 | 483.92 | 0.00 | 0.00 |
| Receivables Performance | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 9,185.64 | 6,637.52 | 6,637.52 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 464.00 | 841.48 | 841.48 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 464.03 | NA | NA | 0.00 | 0.00 |
| Unimed | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 55,000.00 | 67,194.01 | 67,194.01 | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 2,289.93 | NA | NA | 0.00 | 0.00 |
| West Suburban Emergency Services | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $131,414.37 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,443.48 | $15,443.48 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,069.19 | $788.46 | $31.57 |
| **TOTAL SECURED:** | **$147,927.04** | **$16,231.94** | **$31.57** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $759.66 | $64.43 | $0.00 |
| **TOTAL PRIORITY:** | **$759.66** | **$64.43** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$123,047.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,115.92 |
| Disbursements to Creditors | $16,327.94 |
| **TOTAL DISBURSEMENTS:** | **$19,443.86** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/09/2015               By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**